

# OFFICE OF STAN STANART
### COUNTY CLERK, HARRIS COUNTY, TEXAS
### COUNTY CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 4:19:47 PM
CHRISTOPHER A. PRINE
Clerk

January 6, 2015

1st Court of Appeals
301 Fannin
Houston, Texas 77002

**SUBJ: Non-Payment of Clerk's Record**

**REF:  Appellate #N/A /Trial Court#1053559
Court # Three (3)**

## SAN LUCAS APARTMENTS
## VS.
## VIRIAN DAMARYS REYES

This letter is to inform you appellant, **Virian Reyes**, has not paid for the Original Clerk's Record in the above referenced case. The appellant was notified by mailed of the cost for the Record on **November 10, 2014**. As of **January 6, 2015**, no fees have been posted for this Record. If I can be of any further assistance contact me at **(713) 755-9425**. The original letter will be electronically filed with the First Court of Appeals on **January 6, 2015**.

Sincerely,

Stan Stanart
County Clerk

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk

# OFFICE OF STAN STANART
## COUNTY CLERK, HARRIS COUNTY, TEXAS
### CIVIL COURTS DEPARTMENT

**2**

## COST LETTER

November 11, 2014

Virian Reyes
6111 Glenmont Drive #329
Houston, Texas 77081

**RE: DOCKET NO. 1053559, COUNTY CIVIL COURT AT LAW Three (3)**

### SAN LUCAS APARTMENTS
vs.
### VIRIAN DAMARYS REYES

Dear Virian Reyes,

     In accordance to TRAP 35.3(a), I am notifying you that **$19.00** is required for the preparation of the Original Clerk's Record from the Notice of Appeal that was filed on November 7, 2014. Please remit payment in the form of cash, cashier check, credit card, or money order (**personal checks will not be accepted**) payable to STAN STANART, County Clerk. If you have any questions about the Record contact me at (713) 755-9425.

Sincerely,

STAN STANART, County Clerk

Joshua Alegria
Deputy Clerk